FILED

07 OCT 17 AM 9: 42

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ POU _____ DEPUTY

1  Law Offices of
   JAN JOSEPH BEJAR,
2  A Professional Law Corporation
   2727 Camino del Rio South, Suite 110
3  San Diego, CA 92108
   (619) 291-1112
4
   Jan Joseph Bejar, Esq.
5  Cal. State Bar No. 110192

6

7

8

9                 UNITED STATES DISTRICT COURT

10               SOUTHERN DISTRICT OF CALIFORNIA

11  Mushrik KAISEY,                    )    Civil No. '07 CV  2006 DMS  (BLM)
                                       )
12       Plaintiff,                    )
                                       )    Alien No. 075 562 417
13             v.                      )
                                       )    COMPLAINT FOR REVIEW OF
14  Michael Chertoff, Secretary; Emilio )   NATURALIZATION APPLICATION
    Gonzalez, Director; Paul Pierre, District )  UNDER 8 U.S.C. § 1447(b);
15  Director; Christina Poulos, Service Center ) ALTERNATIVELY, COMPLAINT FOR
    Director; Peter D. Keisler, Acting Attorney ) RELIEF UNDER 5 U.S.C. § 702;
16  General; Robert S. Mueller, III,   )    ALTERNATIVELY, COMPLAINT FOR
    FBI Director,                      )    MANDAMUS RELIEF UNDER
17                                     )    28 U.S.C. § 1361.
                                       )
18       Defendants.                   )
                                       )
19  _____)

20  Plaintiff, by and through his attorney, alleges as follows:

21  **Introduction**

22  1.      In this Complaint, the Plaintiff requests that this Court assume jurisdiction over his

23  application for naturalization, hold a hearing on his application for naturalization, and make a

24  determination on his application for naturalization, pursuant to 8 U.S.C. § 1447(b).  The

25  Plaintiff's application for naturalization has been pending for more than 120 days beyond the date

26  on which the United States Citizenship and Immigration Services ("USCIS") conducted his

27

28                                        1

1   examination. Over forty-two months have passed since the Plaintiff's examination on his

2   application for naturalization on or about April 13, 2004, and USCIS has failed to make a final

3   determination on his application. Thus, under 8 U.S.C. § 1447(b), the Plaintiff requests that this

4   Court make a determination on his application or remand the matter to USCIS with instructions

5   to determine the matter within 60 days, or within a reasonable and finite time. Alternatively, the

6   Plaintiff requests that the Court review the agencies' failure to adjudicate his application for

7   naturalization under the Administrative Procedures Act ("APA") at 5 U.S.C. § 702, and, under its

8   authority at 5 U.S.C. § 706(1) compel the Federal Bureau of Investigation ("FBI") to complete its

9   security checks within 30 days and compel USCIS to determine the matter within 30 days after

10  the FBI's completion of the security checks. Alternatively, the Plaintiff requests that the Court

11  issue a writ of Mandamus, under 28 U.S.C. § 1361, to compel the FBI to complete its security

12  checks within 30 days and to compel USCIS to determine the matter within 30 days after the

13  FBI's completion of the security checks.

14

15  **I.       Jurisdiction**

16  2.       This Court has jurisdiction over this action under 8 U.S.C. § 1447(b). Under 8 U.S.C.

17  §1447(b), if USCIS fails to make a determination on an application for naturalization before the

18  end of the120-day period after the date on which the examination is conducted, the applicant may

19  apply to the United States District Court for the district in which the applicant resides for a

20  hearing on the matter. 8 U.S.C. § 1447(b). The initial examination triggers the 120 day statutory

21  period within which USCIS must make a determination on the application for naturalization.

22  United States v. Hovsepian, 359 F.3d 1144, 1151 (9th Cir. 2004)(en banc). Upon an application

23  under this section, the District Court has exclusive jurisdiction over the application for

24  naturalization and may either determine the matter or remand the matter with appropriate

25  instructions to USCIS to determine the matter. 8 U.S.C. § 1447(b); Hovsepian, 359 F.3d 1144,

26  1159 - 1164.

27

28                                                 2

3.      In this case, the Plaintiff underwent the examination regarding his application for naturalization over forty-two months ago on or about April 13, 2004, and to date, he has not received a final determination on his application for naturalization, despite numerous inquiries into the status of his application.  Thus, this Court has exclusive jurisdiction over the matter.

4.      Jurisdiction is also conferred upon this Court for all of the Plaintiff's claims under 28 U.S.C. § 1331, as an action involving a federal question.  The Plaintiff's claims for relief all arise under federal statutory law.  Finally, with regard to the Plaintiff's request for mandamus relief, 28 U.S.C. § 1361 provides, "[t]he district courts shall have original jurisdiction of any action in the nature of Mandamus to compel an officer or employee of the United States, or any agency thereof, to perform a duty owed to the plaintiff."

## II.    Venue

5.      Under 8 U.S.C. § 1447(b), the District Court in the district in which the plaintiff resides is the appropriate court in which to apply for a hearing on the matter.  Moreover, under 28 U.S.C. § 1391(e), in a civil action in which a Defendant is an officer or employee of the United States or any agency thereof acting in his official capacity or under color of legal authority, the plaintiff may bring such an action, except as otherwise provided by law, in any judicial district in which a Defendant in the action resides, a substantial part of the events or omissions giving rise to the claim occurred, or where the plaintiff resides, if no real property is involved in the action.

6.      In this action, Dr. Kaisey, the Plaintiff, resides in the Southern District of California.  The Defendants operate in the Southern District of California, and a substantial part of the events giving rise to the claim occurred in the Southern District of California.  Thus, venue is proper with this Court.

## III.    Plaintiff

7.      The Plaintiff, Dr. Mushrik Kaisey, is a lawful permanent resident of the United States

3

1   who resides within the jurisdiction of this Court.  On or about September 3, 2003, Dr. Kaisey

2   applied for naturalization pursuant to 8 U.S.C. § 1421, et seq., and he was fingerprinted on

3   October 21, 2003.  He underwent an examination under 8 U.S.C. § 1446 on or about April 13,

4   2004.  Dr. Kaisey believes that he has satisfied all the requirements for naturalization, except that

5   the Defendants and their agents have not yet completed the required "security checks."  Since

6   April 13, 2004, Dr. Kaisey and Dr. Kaisey's Representative in the House of Representatives

7   have performed at least eight inquiries into the status of his application for naturalization, and the

8   Defendants' agents consistently have responded with the same boilerplate response that security

9   checks are still pending, such that the Defendants and their agents cannot make a final

10   determination on his application.  Dr. Kaisey's application for naturalization has been pending

11   for over forty-two months since his examination on April 13, 2004.  Moreover the Defendants

12   typically commence the requisite security checks for an applicant shortly after receipt of an

13   application for naturalization, and in this case, the Defendants received Dr. Kaisey's application

14   for naturalization on or about September 9, 2003.  Dr. Kaisey appeared for a fingerprinting and

15   biometrics appointment on or about October 21, 2003, and again on December 10, 2005.

16   Accordingly, the Defendants have had over 49 months since the date of his application and over

17   47 months since the date of his fingerprinting and biometrics appointment to complete the

18   required security checks.  Such a delay is clearly unreasonable.

19

20   **IV.     Defendants**

21   8.      Defendant Michael Chertoff is the Secretary of the Department of Homeland Security

22   ("DHS").  Emilio Gonzalez is the Director of USCIS, an agency within DHS.  Paul Pierre is the

23   District Director of the USCIS San Diego District.  Christina Poulos is the Director of the USCIS

24   California Service Center.  Peter D. Keisler is the Acting Attorney General of the United States.

25   Robert Mueller, III, is the Director of the FBI, an agency within the Department of Justice.  The

26   Plaintiff is suing all the Defendants in their official capacities.  Defendants are in charge of

27

28                                     4

1  processing and adjudicating applications for naturalization pursuant to 8 U.S.C. § 1421, et seq.,

2  and/or performing the requisite "full criminal background check" for applicants for naturalization

3  under Pub.L. No. 105-119, Title I, Nov. 26, 1997, 111 Stat. 2448.

4

5  **V.    Statutory Framework**

6  **Complaint for Review of Naturalization Application**

7  9.    Pursuant to Section 336(b) of the Immigration and Nationality Act, 8 U.S.C. §

8  1447(b),

9     "[i]f there is a failure to make a determination under section 335 before the end of
       the 120-day period after the date on which the examination is conducted under
10      such section, the applicant may apply to the United States district court for the
       district in which the applicant resides for a hearing on the matter. Such court has
11      jurisdiction over the matter and may either determine the matter or remand the
       matter, with appropriate instructions, to the Service to determine the matter."

12

13  10.    An applicant for naturalization, in general, must demonstrate English language ability and

14  knowledge of United States history and government.  8 U.S.C. § 1423(a).

15  11.    Persons who are opposed to organized government, who are opposed to the rule of law, or

16  who favor totalitarian forms of government are ineligible for naturalization, as are deserters of

17  the United States Armed Forces or aliens relieved of duty in the United States Armed Forces due

18  to alienage.  8 U.S.C. § § 1424 - 1426.

19  12.    Persons who satisfy the following requirements may be naturalized: (1) after admission

20  as a lawful permanent resident, continuous residence within the United States for at least five

21  years immediately preceding the date of filing the application, through the time of filing his

22  application, up to the time of admission to citizenship; (2) physical presence in the United States

23  during at least half of the five years immediately preceding the date of filing the application; and

24  (3) good moral character and attachment to the principles of the Constitution of the United States

25  during the five year period immediately preceding the application and throughout the period that

26  the application is processing.  8 U.S.C. § 1427.

27

28                                          5

13.    Federal law prohibits USCIS from using federal funds to complete adjudication of an application for naturalization unless USCIS has received confirmation from the FBI that it has completed "a full criminal background check." Pub.L. No. 105-119, Title I, Nov. 26, 1997, 111 Stat. 2448. A "name check" is not specifically mandated.

14.    The regulation at 8 C.F.R. § 335.2(b) defines "a definitive response that a full criminal background check on an applicant has been completed" from the FBI as "(1) Confirmation from the [FBI] that an applicant does not have an administrative or a criminal record; (2) Confirmation from the [FBI] that an applicant has an administrative or a criminal record; or (3) Confirmation from the [FBI] that two properly prepared fingerprint cards (Form FD-258) have been determined unclassifiable for the purpose of conducting a criminal background check and have been rejected." The regulations do not mandate that the FBI perform a "name check."

**Complaint for Review of Failure to Complete the Name Check under the APA**

15.    The APA provides that "with due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." 5 U.S.C. § 555(b). Therefore, under the APA, government agencies have a duty to act on matters before them within a reasonable time.

16.    Under the APA, "[a] person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof." 5 U.S.C. § 702. An agency action may include "an agency rule, order, license, sanction, relief, or the equivalent or denial thereof, or failure to act." 5 U.S.C. § 551(13).

17.    The APA does not apply to the extent that another federal statute precludes judicial review of an agency's failure to act. 5 U.S.C. § 701(a)(1). An agency's action is reviewable under the APA except where it is committed to agency discretion by law, but the APA embodies a basic presumption of judicial review. 5 U.S.C. § 701(a)(2); <u>Abbott Laboratories v. Gardner</u>, 387 U.S. 136, 140 (1967). A plaintiff must exhaust his administrative remedies before seeking

1   judicial review of agency action under the APA.  See Darby v. Cisneros, 509 U.S. 137 (1993).

2   18.     Under the APA, federal courts "shall...compel agency action unlawfully withheld or

3   unreasonably delayed...." 5 U.S.C. § 706(1) (emphasis added).

4

5   **Complaint for Mandamus Relief**

6   19.     If a government agency has failed to execute a duty owed to a plaintiff, then that plaintiff

7   may bring a Mandamus action pursuant to 28 U.S.C. § 1361.  Title 28 U.S.C. § 1361 provides

8   the district courts with "...original jurisdiction of any action in the nature of Mandamus to compel

9   an officer or employee of the United States or any agency thereof to perform a duty owed to the

10  plaintiff."

11  20.     For a court to grant this remedy, (1) the plaintiff must have a clear right to the relief

12  sought, (2) the defendants must have a clear, non-discretionary duty to act, and (3) no other

13  adequate remedy is available.  Patel v. Reno, 134 F.3d 929, 931 (9th Cir. 1998).

14  21.     The Defendants have a non-discretionary duty to recommend or deny an

15  application for naturalization and to perform the required security checks.  The Southern District

16  of California, as well as other courts within the Ninth Circuit, have held that the government has

17  a non-discretionary duty to make a decision on immigration applications within a reasonable

18  time.  See e.g., He v. Chertoff, No. CV 06-02608 (S.D. Cal. 2007); Lazli v. U.S. Citizenship and

19  Immigration Services, WL 496351 (D. OR. 2007); Quan v. Chertoff, WL 61884 (N.D. Cal.

20  2007); Razaq v. Poulos, No. 06-2461, U.S. Dist. LEXIS 770 (N.D. Cal. 2007).

21

22  **VI.     Factual Allegations**

23  22.     Dr. Kaisey is a 54-year-old native and citizen of Iraq.  Dr. Kaisey was admitted for lawful

24  permanent residence in the United States on October 30, 1998.  (See Exh. A, Copy of Dr.

25  Kaisey's Permanent Resident Card).

26  23.     On or about September 9, 2003, the Plaintiff filed a Form N-400, Application for

27

28                                                     7

1  Naturalization, with the USCIS California Service Center in Laguna Niguel, California. (See

2  Exh. B, Copy of Receipt Notice).

3  24.    On or about October 21, 2003, Dr. Kaisey appeared as requested for a fingerprinting

4  and biometrics appointment that the Defendants and their agents scheduled for him. (See Exh. C,

5  Copy of the date-stamped DBI TENPRINTER Worksheet).

6  25.    The Defendants' agents scheduled an interview with Dr. Kaisey regarding his

7  application for April 13, 2004, and the Defendants' agent interviewed Dr. Kaisey at that time.  At

8  the interview, Dr. Kaisey passed the tests of English and United States history

9  and government, as required under 8 U.S.C. § 1423(a)(1).  (See Exh. D, Form N-652,

10  Naturalization Interview Results).

11  26.    At the completion of the interview on April 13, 2004, the Defendants confirmed that Dr.

12  Kaisey had satisfied all of the requirements for naturalization but that the Defendants and their

13  agents had not yet completed the security checks into Dr. Kaisey's background and could not yet

14  make a determination on his application for naturalization.

15  27.    The Defendants' failure to complete the security checks was not due to Dr. Kaisey's lack

16  of cooperation, as he complied with all requirements.  He attended a second fingerprinting

17  appointment on December 10, 2005, over 22 months ago.  (See Exh. E, Copy of the date-stamped

18  appointment notice).  The Defendants and their agents have not informed Dr.  Kaisey of any

19  other deficiency in his application for naturalization.

20  28.    Since Dr. Kaisey's interview on April 13, 2004, over forty-two months ago,

21  Dr. Kaisey and his Representative in the House of Representative have made at least eight

22  inquiries into the status of Dr. Kaisey's application for naturalization.  The Defendants' agents

23  consistently have responded with the same response that the Plaintiff's security checks were still

24  pending completion and that, accordingly, the Defendants cannot make a determination on his

25  application. (See Exh. F, Copies of Inquiry Responses from the Defendants indicating that Dr.

26  Kaisey's security checks are still pending completion).

27

28                                                          8

29.    Dr. Kaisey's wife and adult daughter submitted their Applications for Naturalization on the same date as Dr. Kaisey, and they both attended their initial examinations on April 13, 2004, the same date on which Dr. Kaisey attended his examination.  The Defendants had sufficient time to process the security checks of Dr. Kaisey's wife and daughter in less than one year, as they became naturalized United States citizens on May 11, 2004, less than one year after submitting their applications for naturalization.  (See Exh. G, Copies of Forms N-652, Naturalization Interview Results and copies of Certificates of Naturalization for Maha Hikmat and Marwa Kaisey, Dr. Kaisey's wife and daughter, respectively).

30.    Dr. Kaisey has satisfied all statutory requirements for naturalization.

    a.    He has continuously resided in the United States for the five years immediately preceding his application for naturalization, through the present date.

    b.    He was physically present in the United States for over half of the five years immediately preceding his application for naturalization.

    c.    Nothing in the record precludes a finding of Dr. Kaisey's good moral character.

    d.    Dr. Kaisey passed the tests of English language ability and knowledge of United States government and history.

    e.    The provisions at 8 U.S.C. §§ 1424 - 1426 do not apply to Dr. Kaisey.

Thus, Dr. Kaisey is eligible for naturalization.

31.    To date, the Defendants have not made a final determination on Dr. Kaisey's application for naturalization, and more than 120 days have passed since his examination on April 13, 2004.

32.    The USCIS San Diego District Office's current average processing time for applications for naturalization is approximately seven months from the date of filing.  (See Exh. H, "District Office Processing Dates for San Diego CA, Posted September 15, 2007").  The Defendants have taken seven times its average processing time to adjudicate the Plaintiff's application for naturalization, which amounts to an unreasonable delay.  Additionally, the Defendants had

1    sufficient time to adjudicate the applications for naturalization that Dr. Kaisey's wife and

2    daughter, which they filed on the same date as Dr. Kaisey, within eight months.

3    33.    Dr. Kaisey has a right to the relief sought.  Dr. Kaisey has fully complied with the

4    requirements for an application for naturalization, including payment of the filing fee and

5    attendance at two biometrics appointments.  In addition, he appeared at the required interview

6    and passed the English and United States government and history exams.  He therefore has a

7    right to a decision on his application for naturalization.

8    34.    The Defendants have a non-discretionary duty to complete the adjudication of the

9    Plaintiff's naturalization application.

10   35.    Dr. Kaisey has no other administrative remedies available to him, as he does not have a

11   decision from which he can appeal, and he has performed at least eight inquiries regarding the

12   status of his application without receiving a decision.

13

14   **VII.    Claims for Relief**

15   36.    The Defendants' failure to make a determination on Dr. Kaisey's application for

16   naturalization within 120 days of the date of his examination allows Dr. Kaisey to seek relief

17   from this Court under 8 U.S.C. § 1447(b).

18   37.    The Defendants' unreasonable and extraordinary delay in the completion of the requisite

19   background checks and determination on Dr. Kaisey's application for naturalization allows Dr.

20   Kaisey to seek an order from this Court under 5 U.S.C. § 706(1) compelling the FBI to complete

21   its security checks within 30 days and compelling USCIS to adjudicate the application within 30

22   days after receiving confirmation of the FBI's completed security checks.

23   38.    The Defendants' unreasonable and extraordinary delay of over four years in the

24   completion of the requisite background checks and determination on Dr. Kaisey's application for

25   naturalization allows Dr. Kaisey to seek a writ of Mandamus from this Court under 28 U.S.C. §

26   1361 compelling the FBI to complete its security checks within 30 days and compelling USCIS

27

28                                                        10

1  to adjudicate the application within 30 days after receiving confirmation of the FBI's completed

2  security checks.

3  39.    WHEREFORE, Dr. Kaisey prays that this Court,

4        a.    Assume jurisdiction over this cause of action;

5        b.    Conduct a hearing on Dr. Kaisey's application for naturalization, determine that

6              Dr. Kaisey is eligible for naturalization, and administer the oath of allegiance,

7              thereby swearing him in as a United States citizen;

8        c.    Alternatively, under 8 U.S.C. § 1447(b), remand Dr. Kaisey's application for

9              naturalization to the Defendants with instructions to make a final determination on

10             his application within 60 days.

11       d.    Alternatively, issue an order under the APA compelling the FBI to complete its

12             security checks within 30 days and compelling USCIS to make a final

13             determination on his application within 30 days of receipt of clearance from the

14             FBI;

15       e.    Alternatively, issue a writ of mandamus compelling the FBI to complete its

16             security checks within 30 days and compelling USCIS to make a final

17             determination on his application within 30 days of receipt of clearance from the

18             FBI;

19       f.    Grant Dr. Kaisey such other and further relief as this Court deems proper under

20             the circumstances; and

21       g.    Grant Dr. Kaisey reasonable attorney's fees and costs.

22                                          Respectfully,

23                                          Attorney for Plaintiff,

24  DATED: Oct. 15, 2007    SIGNED:

25                                          Jan Joseph Bejar, Esq.
                                            For: JAN JOSEPH BEJAR,
26                                          A Professional Law Corporation

27

28                                11

## TABLE OF CONTENTS

Exhibit A    Copy of Dr. Kaisey's Permanent Resident Card......................................................1

Exhibit B    Copy of Dr. Kaisey's Receipt Notice for his Application for Naturalization..........2

Exhibit C    Copy of Dr. Kaisey's DBI TENPRINTER Worksheet, date-stamped
             October 21, 2003..................................................................................................3

Exhibit D    Copy of the Form N-652, Naturalization Interview Results....................................4

Exhibit E    Copy of Dr. Kaisey's second fingerprinting appointment, date-stamped
             December 10, 2005..............................................................................................5

Exhibit F    Copies of the inquiries regarding the status of Dr. Kaisey's application and the
             responses..............................................................................................................6

Exhibit G    Copies of the Forms N-652, Naturalization Interview Results and
             Certificates of Naturalization for Maha Hikmat and Marwa Kaisey,
             Dr. Kaisey's wife and daughter who applied and were interviewed on
             the same date as Dr. Kaisey...............................................................................19

Exhibit H    Copy of District Office Processing Dates for San Diego CA,
             posted September 15, 2007................................................................................23

i

**EXHIBIT A**



PERMANENT RESIDENT CARD

NAME KAISEY, MUSHRIK

INS A# 075-562-417

Birthdate
04/24/53

Sex
M

Country of Birth
Iraq

CARD EXPIRES 01/25/09

Resident Since 10/30/98

C1USA0755624172EAC9903851316<<
5304242M0901255IRQ<<<<<<<<<<6
KAISEY<<MUSHRIK<<<<<<<<<<<<<<



EXHIBIT

A

000001

## THE UNITED STATES OF AMERICA

| Receipt | NOTICE DATE September 09, 2003 |
|---|---|
| CASE TYPE N400    Application For Naturalization | INS A# A 075 562 417 |
| APPLICATION NUMBER WSC*001017604 | RECEIVED DATE September 03, 2003 | PRIORITY DATE September 03, 2003 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
MUSHRIK KAISEY
4052 RIVERTON PLACE
SAN DIEGO CA 92130

PAYMENT INFORMATION:

Single Application Fee:    $310.00
Total Amount Received:    $310.00
Total Balance Due:    $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:           April 24, 1953
Address Where You Live:  4052 RIVERTON PLACE
                         SAN DIEGO CA 92130

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**INS Customer Service N**
(800) 375-5283

APPLICANT COPY



EXHIBIT
B

WSC$001104954    WSCG000046095



Form I 797 (Rev. 09/07/93)N

**EXHIBIT C**

## ASC/COLO Standard Operating Procedures

### DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

**NAME:** _KAISEY_ _MUSHRIK_ _→ notice_
        Last          First          Middle      Suffix

**DATE OF BIRTH:** _1953_ _04_ _24_ / **TELEPHONE:** ( _858_ ) _794- 5388_
             Year   Month   Day           (Area code)

**PLACE OF BIRTH:** _BAGHDAD - IRAQ_   **SEX:** (Male or Female) _Male_

**RACE:** Check the most appropriate code below:

☐ American Indian or Alaskan Native   ☐ Black   ☑ White (Hispanic also check)

☐ Asian or Pacific Island   ☐ Unknown

**HEIGHT:** _6_ Feet _2_ Inches     **WEIGHT:** _186_ Pounds

**EYE COLOR:** Check the most appropriate code below:

☐Black ☑Brown ☐Green ☐Gray ☐Pink ☐Hazel ☐Blue ☐Maroon

**HAIR COLOR:** Check the most appropriate code below:

☑Black ☐Bald ☐White ☐Sandy ☐Red ☐Gray (or Graying) ☐Blonde ☐Brown

**COUNTRY OF CITIZENSHIP:** _IRAQ_

**SOCIAL SECURITY NUMBER:** _194_ -- _76_ -- _0813_

**ALIEN REGISTRATION NUMBER:** A _075 562 417_

**LIST ANY OTHER NAMES YOU HAVE USED:**

_____
Last       First       Middle       Suffix

**RESIDENCE ADDRESS** (List mailing address if different from residence):

_4052 RIVERTON PLACE, SAN DIEGO, CA 92130_
Street number and name    City    State    Zip Code
**REASON FOR FINGERPRINT APPLICATION:** (I-485, I-589, I-600, I-821, N-400): _N-400_

| LOCAL AIW STAMP | |
|---|---|
| FD-258 COMPLETED AT INS/ASC | **XSB** |
| ON: _OCT 21 2002_ | BY: _____ |
| QC Check completed By: | _15759_ |

**EXHIBIT**

**C**

**000003**

U.S. Department of Justice                                    **Naturalization Interview Results**
Immigration and Naturalization Service

A#: <u>A 075 562 417</u>

On <u>4-13-04</u>_____, you were interviewed by INS officer _____<u>Ayson</u>_____.

☑ You passed the tests of English and U.S. history and government.

☐ You passed the test of U.S. history and government and the English language requirement was waived.

☐ The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ write English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.

☑ INS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

**A)_____  Congratulations!  Your application has been recommended for approval.**  At this time, it appears that you have established your eligibility for naturalization.  If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

**B)_____  A decision cannot yet be made about your application.**

**It is very important that you:**
✓ Notify INS if you change your address.
✓ Come to any scheduled interview.
✓ Submit all requested documents.
✓ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
✓ Go to any oath ceremony that you are scheduled to attend.
✓ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

N-652 (Rev. 12/7/99) Y



EXHIBIT

D

UUUUU4

EXHIBIT E



**Department of Homeland Security**

Citizenship and Immigration Services
880 Front Street
San Diego, CA. 92101

KAISEY, MUSHRIK
4052 RIVERTON PLACE
SAN DIEGO, CA 92130

File Number: A 75 562 417
Date: 11/23/05

**Please come to the office location shown below at the time and place indicated in connection with an official matter.**

| OFFICE LOCATION | **Applications Support Center** **2505 El Cajon Boulevard** **San Diego, CA 92104** | BIOMETRICS PROCESSING STAMP ASC SITE CODE: XSB BIOMETRICS QA REVIEW BY: |
|---|---|---|
| DATE AND HOUR (SEE NOTE 1 BELOW) | 12/10/05 at 9:30  AM | ON TENPRINTS QA REVIEW BY: 02021 ON 12/10/05 |
| ASK FOR | Reception Clerk | |
| REASON FOR APPOINTMENT | Fingerprint Card (FD-258) Form N-400 (Application for Naturalization) | |
| BRING WITH YOU | This letter and your alien registration card. | |

**NOTE 1:** You have been scheduled to be fingerprinted. Under current regulations, if you do not respond to this notice in the allotted time, your application will be considered abandoned pursuant to 8CFR 103.2(b)(13) and as such, will be denied. **If you cannot keep this appointment, you may present this notice on any Wednesday within 87 days from your original appointment date** *TO HAVE YOUR FINGERPRINT'S TAKEN.*

**NOTE 2:   PLEASE DISREGARD THIS NOTICE IF:**
1.   YOU HAVE BEEN FINGERPRINTED WITHIN THE LAST 90 DAYS.
2.   YOU HAVE ALREADY RECEIVED YOUR NATURALIZATION CERTIFICATE, OR
3.   YOU WERE UNDER 14 YEARS OF AGE OR OVER 75 AT THE TIME YOUR APPLICATION WAS FILED.

| I am unable to keep the appointment because: | |
|---|---|
| | |
| SIGNATURE | DATE: |

Very truly yours,

Debra Rogers
District Director



**EXHIBIT**

E

Form G-56
(Rev. 5-1-83) Y

000005

**EXHIBIT F**

U.S. Department of Homeland Security
USCIS
880 Front Street, Room 1234
San Diego, CA 92101-8834



**U.S. Citizenship
and Immigration
Services**

Thursday, July 26, 2007

MUSHRIK KAISEY
4052 RIVERTON PL.
SAN DIEGO CA 92130

Dear Mushrik Kaisey:

On 07/25/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 09/03/2003 |
| **Receipt #:** | WSC*001017604 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A075562417 |
| **Type of service requested:** | Non-Delivery of Other Notice |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services



EXHIBIT

F

000006

U.S. Department of Homeland Security
Citizenship and Immigration Services
880 Front Street, Suite 1234
San Diego, CA 92101-8834

 **U.S. Citizenship
and Immigration
Services**

Dear Applicant:

Security checks pertinent to your case are still pending. Unfortunately, we can take no further action on your case until these checks clear. As security checks are performed by other government agencies, their processing is beyond the control of Citizenship and Immigration Services. We will, however, monitor the status of your case on a weekly basis and immediately notify you when the security checks are completed and an appointment can be scheduled regarding your pending application(s). Please bear in mind that security checks sometimes take several months to clear.

If you wish to inquire about your case, please do so after ninety days. Inquiries may be submitted via e-mail at ask-cis.snd@dhs.gov, or in person by *INFOPASS* appointment, available at www.uscis.gov.

We regret this inconvenience and appreciate your patience.

**BOB FILNER**
51ST DISTRICT, CALIFORNIA

2428 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
TEL: (202) 225–8045
FAX: (202) 225–9073

333 F STREET, SUITE A
CHULA VISTA, CALIFORNIA 91910
TEL: (619) 422–5963
FAX: (619) 422–7290

1101 AIRPORT ROAD, SUITE D
IMPERIAL, CALIFORNIA 92251
TEL: (760) 355–8800
FAX: (760) 355–8802



**CONGRESS OF THE UNITED STATES**
**HOUSE OF REPRESENTATIVES**

February 9, 2007

TRANSPORTATION AND INFRASTRUCTURE
COMMITTEE

SUBCOMMITTEES
COAST GUARD AND MARITIME TRANSPORTATION
RANKING MEMBER

RAILROADS

AVIATION
—
VETERANS' AFFAIRS COMMITTEE

SUBCOMMITTEE
VETERANS' HEALTH
—

website: www.house.gov/filner

Mushrik Kaisey
4052 Riverton Place
San Diego, CA 92130

Dear Mushrik:

I recently received information from the United States Citizenship &
Immigration Services (USCIS) in response to my inquiry regarding
your request to expedite your naturalization application.

The USCIS informs me that when your security clearances and the
review of the application are completed, a notice will be mailed
directly to you.

If you have any questions, please call me or Manny Doria of my staff
at (619) 422-5963.

Sincerely,

*Bob*

BOB FILNER
Member of Congress

BF/md
2420987

Exh. F
000008




**BOB FILNER**
51ST DISTRICT, CALIFORNIA

2428 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
TEL: (202) 225–8045
FAX: (202) 225–9073

333 F STREET, SUITE A
CHULA VISTA, CALIFORNIA 91910
TEL: (619) 422–5963
FAX: (619) 422–7290

1101 AIRPORT ROAD, SUITE D
IMPERIAL, CALIFORNIA 92251
TEL: (760) 355–8800
FAX: (760) 355–8802

TRANSPORTATION AND INFRASTRUCTURE
COMMITTEE

SUBCOMMITTEES
COAST GUARD AND MARITIME TRANSPORTATION
RANKING MEMBER

RAILROADS

AVIATION
——
VETERANS' AFFAIRS COMMITTEE

SUBCOMMITTEE
VETERANS' HEALTH
——

website: www.house.gov/filner

## CONGRESS OF THE UNITED STATES
## HOUSE OF REPRESENTATIVES

November 28, 2006

Mushrik Kaisey
4052 Riverton Place
San Diego, CA  92130

Dear Mushrik:

I recently received the enclosed reply from the United States
Citizenship & Immigration Services (USCIS) in response to my
inquiry regarding your request for assistance.

As you can see in the enclosed reply, the USCIS indicates that your
naturalization application can be adjudicated when the background
security clearance is completed within 14-21 calendar days.

If you have any questions, please call me or Manny Doria of my staff
at (619) 422-5963.

Sincerely,

*Bob*

BOB FILNER
Member of Congress

BF/md
2397507

Enclosure

Exh. F
000009

**Doria, Manny**

---

**From:** Sagun, Rebecca J
**Sent:** Tuesday, November 28, 2006 6:40 AM [1]
**To:** Doria, Manny
**Subject:** A75562417, Mushrik Kaisey N-400

Manny,

I received an update from the Officer assigned to follow-up on this case on 11/2706 . This case is pending completion of the background security clearances. Please allow 14-21 calendar days to complete this process before the application can be adjudicated.

Rebecca Sagun
USCIS Congressional Liaison

-----Original Message-----
**From:** Doria, Manny [mailto:Manny.Doria@mail.house.gov]
**Sent:** Monday, November 27, 2006 3:45 PM
**To:** Sagun, Rebecca J
**Subject:** A75562417

What is the status of the N400 filed by Dr. Mushrik Kaisey?

Last week, we talked over the phone and you informed me that you will pursue this case.

Your kind and immediate attention to this inquiry is greatly appreciated.

## *MANNY DORIA*
**Special Assistant to**
**Congressman Bob Filner**
**51st District, California**
**Phone: (619) 422-5963**
**Fax: (619) 422-7290**

11/28/2006

Exh. F
000010

**BOB FILNER**
51ST DISTRICT, CALIFORNIA

2428 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
TEL: (202) 225-8045
FAX: (202) 225-9073

333 F STREET, SUITE A
CHULA VISTA, CALIFORNIA 91910
TEL: (619) 422-5963
FAX: (619) 422-7290

1101 AIRPORT ROAD, SUITE D
IMPERIAL, CALIFORNIA 92251
TEL: (760) 355-8800
FAX: (760) 355-8802

TRANSPORTATION AND INFRASTRUCTURE
COMMITTEE

SUBCOMMITTEES
COAST GUARD AND MARITIME TRANSPORTATION
RANKING MEMBER

RAILROADS
AVIATION

VETERANS' AFFAIRS COMMITTEE

SUBCOMMITTEE
VETERANS' HEALTH

website: www.house.gov/filner



# CONGRESS OF THE UNITED STATES
# HOUSE OF REPRESENTATIVES

October 10, 2006

Mushrik Kaisey
4052 Riverton Place
San Diego, CA  92130

Dear Mushrik:

Thank you for contacting me about your desire to know about the 3rd agency.

I have contacted the United States Citizenship & Immigration Services and requested that they immediately look into the matter.  As soon as I receive their response, I will be back in touch with you.

If you have any questions in the meantime, please call me or Manny Doria of my staff at (619) 422-5963.

I look forward to working with you to resolve this matter.

Sincerely,

*Bob*

BOB FILNER
Member of Congress

BF/md
2381426

"CALIFORNIA'S BORDER CONGRESSMAN"
Printed on Recycled Paper

Exh F
000011



**BOB FILNER**
51st District, California

2428 Rayburn House Office Building
Washington, DC 20515
Tel: (202) 225–8045
Fax: (202) 225–9073

333 F Street, Suite A
Chula Vista, California 91910
Tel: (619) 422–5963
Fax: (619) 422–7290

1101 Airport Road, Suite D
Imperial, California 92251
Tel: (760) 355–8800
Fax: (760) 355–8802

**CONGRESS OF THE UNITED STATES**
**HOUSE OF REPRESENTATIVES**

September 21, 2006

TRANSPORTATION AND INFRASTRUCTURE
COMMITTEE

SUBCOMMITTEES
Coast Guard and Maritime Transportation
RANKING MEMBER

Railroads

Aviation

—

VETERANS' AFFAIRS COMMITTEE

SUBCOMMITTEE
Veterans' Health

—

website: www.house.gov/filner

Mushrik Kaisey
4052 Riverton Place
San Diego, CA  92130

Dear Mushrik:

Thank you for contacting me about your request to expedite your naturalization application.

I contacted the United States Citizenship & Immigration Services (USCIS) and was informed that the name check is completed by the Federal Bureau of Investigation.  The USCIS also informed me that you will be directly notified when the 3rd agency background security clearance & review are completed.

If you have any questions, please call me or Manny Doria of my staff at (619) 422-5963.

Sincerely,

*Bob*

BOB FILNER
Member of Congress

BF/md
2374192



U.S. Department of Homeland Security
USCIS
880 Front Street, Room 1234
San Diego, CA 92101-8834

**U.S. Citizenship
and Immigration
Services**

Wednesday, July 19, 2006

MUSHRIK KAISEY
4052 RIVERTON PL
SAN DIEGO CA 92130

Dear MUSHRIK KAISEY:

On 07/18/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 09/15/2003 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | KAISEY, MUSHRIK |
| **Your USCIS Account Number (A-number):** | A075562417 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 90 days of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

Exh. F
000013

## THE UNITED STATES OF AMERICA

TO SERVE YOU MORE EFFICIENTLY we are replying to your letter with a brief note. This informal method enables a more prompt response. We trust you will agree that a faster response is more important than formality. A copy of this correspondence will be placed in your file. Should you inquire again concerning the same matter, please return the attached correspondence.

**October 31, 2005**                                             **A  75 562 417**

**MUSHRIK KAISEY**
**4052 RIVERTON PLACE**
**SAN DIEGO, CA 92130**

Dear Sir or Madam,

After the events of 09/11/2001, the Immigration Service has been mandated to perform new background checks on all applicants for Naturalization.

Your case, like many others, is still awaiting a response for these additional security checks. **This procedure is not conducted by our agency; we are currently unable to give a timetable on its completion. When your case has cleared you will be notified by mail as to the next step in the process.**

Due to the fact that fingerprint responses expire after 15 months, some applicants will be required to take a new set of fingerprints AFTER the security checks have cleared. You will be notified by mail IF you are required to take new fingerprints. There is no additional charge for additional fingerprints.

If you have a change of address, please inform this office as soon as possible.

Thank you for your continued patience in this matter.

**\* \* \* IN THE FUTURE, YOU MAY INQUIRE ABOUT YOUR CASE VIA E-MAIL \* \* \***

Send your inquiry to: Ask-Cis.Snd@dhs.gov

**Please include the following information with your email inquiry:**
  - ✓  Your name and date of birth
  - ✓  Your Alien Registration number ("A" number)
  - ✓  The type of application you have pending and the date it was filed
  - ✓  Your email address
  - ✓  Complete current mailing address and telephone number

Or you may call the **National Customer Service Center** at **1-800-375-5283** for your inquiry.

Exh F

M-180 (Rev. 10-15-75) Y

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
Citizenship and Immigration Services

000014

Form I-797C (Rev. 01/31/05) N

# NATURALIZATION INQUIRY WORKSHEET
## APPLICANT INFORMATION- PLEASE COMPLETE

KAISEY   MUSHRIK   04 / 24 / 1953
LAST NAME    FIRST NAME                    Date of Birth

4052 RIVERTON PL.
                            CURRENT MAILING ADDRESS
SAN DIEGO  CA 92130

Day time phone # (619) 426 9731    Evening Phone # (858) 794 5388

INS A# (ALIEN REGISTRATION CARD NUMBER):  A 075 562 417

DATE OF FILING N-400:  08 / 25 / 2003
HAS YOUR ADDRESS CHANGED SINCE FILING?  YES ____  NO ✓

IF "YES" GIVE ADDRESS ON APPLICATION _____

HAVE YOU BEEN INTERVIEWED?  YES ✓  NO ____
IF "YES" GIVE DATE AND LOCATION OF INTERVIEW: 4.13.2004 - INS w 880 Front Street San Diego 7019

GIVE DATE AND PLACE OF LAST FINGERPRINTING: 10.21.2003 - 2505 E El Cajon Blv. San Diego CA 92104

SIGNATURE OF APPLICANT M.S. Kaisey DATE 10.28.05

***** Response to this inquiry may take up to 30 days! *****
### OFFICIAL USE ONLY -DO NOT WRITE BELOW THIS LINE

☐ An appointment for fingerprints has been made in your name and notification will follow shortly.

☐ Your case has been reopened and an appointment for an interview will be sent to you in a few weeks.

☐ Your case has been requested from the INS office where you held prior residency. Please allow 30 to 45 days for completion of transfer.

☐ Your case has been closed since _____, because you where a No Show for a scheduled appointment on _____. You will need to reapply.

In response to your inquiry, we need the following in order to take action:

☐ Please submit a letter of explanation regarding:
    Your failure to appear for a scheduled interview appointment on
    _____
    Your failure to appear for a scheduled fingerprint appointment on
    _____

☐ Please submit formal request to reopen case.

☐ Case was closed on ____/____/____

If a response is needed please mail to: Attn: Inquiry Clerk
                    880 Front Street Rm. 1234
                    San Diego, Ca 92101

Exh. F
000015

| | This message has been scanned for known viruses. |
| --- | --- |
| **From:** MUSHRIK | |
| **To:** Ask-Cis.Snd@dhs.gov | |
| **Subject:** case inquiry- A 75 562 417 | |
| **Date:** Tue, 20 Sep 2005 00:56:22 -0400 | |

Dear Sir or Madam:

Please update me on the status of my case. It has been 90 days since my last inquiry per your letter dated June 16, 2005.

**Name: Mushrik Kaisey**
**Alien Registration number: A 75 562 417**
**Date of birth: April 24,1953**
**Application for Naturalization: form N-400 dated August 25,2003**
**Email address: mushrik@aol.com**
Mailing address:
4052 Riverton Place
San Diego, CA 92130
Telephone:(858)-794-5388 (HOME)
          (619)-341-2526(CELL)

Looking forward to your reply,

Mushrik Kaisey
September 19, 2005

Exh. F
000016

10/10/2005

TO SERVE YOU MORE EFFICIENTLY we are replying to your letter with a brief note. This informal method enables a more prompt response. We trust you will agree that a faster response is more important than formality. A copy of this correspondence will be placed in your file. Should you inquire again concerning the same matter, please return the attached correspondence.

**June 16, 2005**                                                                 A   75 562  417

**MUSHRIK KAISEY**
**4052 RIVERTON PLACE**
**SAN DIEGO, CA 92130**

Dear Sir or Madam,

After the events of 09/11/2001, the Immigration Service has been mandated to perform new background checks on all applicants for Naturalization.

Your case, like many others, is still awaiting a response for these additional security checks. **This procedure is not conducted by our agency, we are currently unable to give a timetable on its completion. When your case has cleared you will be notified by mail as to the next step in the process.**

Due to the fact that fingerprint responses expire after 15 months, some applicants will be required to take a new set of fingerprints AFTER the security checks have cleared. You will be notified by mail IF you are required to take new fingerprints. There is no additional charge for additional fingerprints.

If you have a change of address, please inform this office as soon as possible.

Thank you for your continued patience in this matter.

**\* \* \* IN THE FUTURE, YOU MAY INQUIRE ABOUT YOUR CASE VIA E-MAIL \* \* \***

Send your inquiry to: Ask-Cis.Snd@dhs.gov

**Please include the following information with your email inquiry:**
- ✓ Your name and date of birth
- ✓ Your Alien Registration number ("A" number)
- ✓ The type of application you have pending and the date it was filed
- ✓ Your email address
- ✓ Complete current mailing address and telephone number

Or you may call the *National Customer Service Center* at **1-800-375-5283** for your inquiry.

M-180 (Rev. 10-15-75)Y

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
Citizenship and Immigration Services

Ex. F
**000017**

Form I-797C (Rev. 08/31/04) N

# NATURALIZATION INQUIRY WORKSHEET
## APPLICANT INFORMATION- PLEASE COMPLETE

KAISEY, MUSHRIK                    04, 24, 1953

LAST NAME    FIRST NAME                              Date of Birth

4052 Riverton Place            CURRENT MAILING ADDRESS

San Diego CA 922 92130

Day time phone # (619) 426 9731   Evening Phone # (858) 794 5388

INS A# (ALIEN REGISTRATION CARD NUMBER):   A 075 562 417

DATE OF FILING N-400: _____

HAS YOUR ADDRESS CHANGED SINCE FILING?   YES ____   NO ✓

IF "YES" GIVE ADDRESS ON APPLICATION _____

HAVE YOU BEEN INTERVIEWED?   YES ✓ NO ____
IF "YES" GIVE DATE AND LOCATION OF INTERVIEW: 4. 13. 04 , INS office - San Die
                                                                          (down town)

GIVE DATE AND PLACE OF LAST FINGERPRINTING: Oct. 21, 2003

SIGNATURE OF APPLICANT. M.S. Kaisey  DATE 6. 14. 05

***** Response to this inquiry may take up to 30 days! *****
## OFFICIAL USE ONLY -DO NOT WRITE BELOW THIS LINE

☐  An appointment for fingerprints has been made in your name and notification will
     follow shortly.

☐  Your case has been reopened and an appointment for an interview will be sent to
     you in a few weeks.

☐  Your case has been requested from the INS office where you held prior residency.
     Please allow 30 to 45 days for completion of transfer.

☐  Your case has been closed since _____, because you where a No Show for a
     scheduled appointment on _____. You will need to reapply.

In response to your inquiry, we need the following in order to take action:

☐  Please submit a letter of explanation regarding:
          Your failure to appear for a scheduled interview appointment on
          _____

          Your failure to appear for a scheduled fingerprint appointment on
          _____

☐  Please submit formal request to reopen case.

☐  Case was closed on ____/____/____

If a response is needed please mail to: Attn: Inquiry Clerk
                    880 Front Street Rm. 1234
                    San Diego, Ca 92101

Exh. F
000018

U.S. Department of Justice
Immigration and Naturalization Service

**Naturalization Interview Results**

A#:  <u>A 075 562 418</u>

On  <u>4/13/04</u>  , you were interviewed by INS officer  <u>*Ayson*</u>  .

☑ You passed the tests of English and U.S. history and government.

☐ You passed the test of U.S. history and government and the English language requirement was waived.

☐ The Service has accepted your request for a Disability Exception.  You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ write English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.

☐ INS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government.  You will not be rescheduled for another interview for this N-400.  INS will send you a written decision about your application.

**A)**_____ **Congratulations!  Your application has been recommended for approval.**  At this time, it appears that you have established your eligibility for naturalization.  If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

**B)**_____ **A decision cannot yet be made about your application.**

**It is very important that you:**

✓ Notify INS if you change your address.
✓ Come to any scheduled interview.
✓ Submit all requested documents.
✓ Send any questions about this application in writing to the officer named above.  Include your full name, A-number, and a copy of this paper.
✓ Go to any oath ceremony that you are scheduled to attend.
✓ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony.  Include a copy of this paper and a copy of the scheduling notice.

N-652 (Rev. 12/7/99) Y



EXHIBIT

G
_____

000079

FORM N-XXX (11/1/76)

THE UNITED STATES OF AMERICA

CERTIFICATE OF NATURALIZATION

No. 28161606

INS Registration No.    A075562418

*Personal description of holder as of date of naturalization:*

*Date of birth:* NOVEMBER 17, 1960

*Sex:* FEMALE

*Height:* 5 *feet* 4 *inches.*

*Marital status:* MARRIED

*Country of former nationality:* IRAQ

Maha Hikmat
(Complete and true signature of holder)

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

Be it known that, pursuant to an application filed with the Attorney General

at: SAN DIEGO, CALIFORNIA

The Attorney General having found that:

MAHA HIKMAT

then residing in the United States, intends to reside in the United States, when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

US DISTRICT COURT FOR THE US

at: SAN DIEGO, CALIFORNIA    on: MAY 11, 2004

that such person is admitted as a citizen of the United States of America.

Commissioner of Immigration and Naturalization

IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

FORM N-550 REV. 6-91

Maha Hikmat

U.S. Department of Justice                    **Naturalization Interview Results**
Immigration and Naturalization Service

A#:  A 075 562 420

On  **APR 1 3 2004**        , you were interviewed by INS officer  *MARCIA AYSON*        .

☐ You passed the tests of English and U.S. history and government.
☐ You passed the test of U.S. history and government and the English language requirement was waived.
☐ The Service has accepted your request for a Disability Exception.  You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ write English.
☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.
☐ INS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government.  You will not be rescheduled for another interview for this N-400.  INS will send you a written decision about your application.

**A)** ___ **Congratulations!  Your application has been recommended for approval.**  At this time, it appears that you have established your eligibility for naturalization.  If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

**B)** _____ **A decision cannot yet be made about your application.**

**It is very important that you:**
✓ Notify INS if you change your address.
✓ Come to any scheduled interview.
✓ Submit all requested documents.
✓ Send any questions about this application in writing to the officer named above.  Include your full name, A-number, and a copy of this paper.
✓ Go to any oath ceremony that you are scheduled to attend.
✓ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony.  Include a copy of this paper and a copy of the scheduling notice.

N-652 (Rev. 12/7/99) Y

Exh. G

000021

THE UNITED STATES OF AMERICA

OFFICIAL CERTIFICATE — NATURALIZATION

No. 28161608

No. 28161608

INS Registration No.: A075562420

Personal description of holder as of date of naturalization:

Date of birth: FEBRUARY 13, 1985

Sex: FEMALE

Height: 5 feet 8 inches

Marital status: SINGLE

Country of former nationality: IRAQ



Marwa Kaisey
(Complete and true signature of holder)

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.



Be it known that, pursuant to an application filed with the Attorney General

at: SAN DIEGO, CALIFORNIA

The Attorney General having found that:

**MARWA KAISEY**

then residing in the United States, intends to reside in the United States and/or was required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

US DISTRICT COURT FOR THE US

at: SAN DIEGO, CALIFORNIA    on: MAY 11, 2004

that such person is admitted as a citizen of the United States of America.

Eduardo Aguirre
Commissioner of Immigration and Naturalization

IT IS PUNISHABLE BY U. S. LAW TO COPY,
PRINT OR PHOTOGRAPH THIS CERTIFICATE,
WITHOUT LAWFUL AUTHORITY.

DEPARTMENT OF JUSTICE

FORM N-550 REV. 6-91



Home   Contact Us   Site Map   FAQ

Search   
Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

[Print This Page]   [Back]

# U.S. Citizenship and Immigration Services
## San Diego CA Processing Dates
## Posted September 15, 2007

**Notice**:  U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications.  In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received.  However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time.  It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed.  It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting.  Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file.  For example, for most kinds of cases you can <u>check the status of your case online</u>.

For more information about when and how to contact us, whether your case is outside our proce... there are other issues, please see our fact sheet –

<u>Case Services - How do I… know what kind of services are available to me after I file my applic...</u>

EXHIBIT

H

000023
10/9/2007

Case 3:07-cv-02008-DMS-BLM Document 1 Filed 10/17/2007

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **San Diego CA** Posted September 15, 2007

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | 6 Months |
| I-600 | Petition to Classify Orphan as an Immediate Relative | May 25, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | May 25, 2007 |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | 7 Months |
| N-600 | Application for Certification of Citizenship | March 27, 2007 |

[ Print This Page ]   [ Back ]

**10-09-2007 12:32 PM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

Exh. H
000024

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Mushrik Kaisey

**DEFENDANTS** Michael Chertoff; '07 OCT 17 GAM 9:45;
Paul Pierre; Christina Poulos;
Peter D. Keisler; Robert S. Mueller, III
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** San Diego
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

BY:                                    DEPUTY

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

'07 CV 2006 DMS (BLM)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Jan Joseph Bejar, Esq.
Law Offices of Jan Joseph Bejar, APLC
2727 Camino del Rio South, Ste. 110
San Diego, CA 92108, 619-291-1112

**ATTORNEYS (IF KNOWN)**

United States Attorney's Office
880 Front St., Rm. 6293
San Diego, CA 92101

**II. BASIS OF JURISDICTION (PLACE an X IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question
(U.S. Government Not a Party)

☑ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
(For Diversity Cases Only)    FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)**

Plaintiff seeks review of naturalization application under 8 USC § 1447(b).
Alternatively, Plaintiff seeks mandamus relief, or relief under the APA.

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☑ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☑ 1 Original Proceeding    ☐ 2 Removal from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☑ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE _____ Docket Number _____

DATE 10/15/2007 _____ SIGNATURE OF ATTORNEY OF RECORD _____

#143608    $350    KO 10/17/07

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 143608    — KD
* * C O P Y * *
October 17, 2007
09:42:14**

**Civ Fil Non-Pris**
USAO #.: 07CV2006
Judge..: DANA M SABRAW
Amount.:                    $350.00 CK
Check#.: BC 332125

**Total—> $350.00**

FROM: CIVIL FILING
      KAISEY V. CHERTOFF