Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

07 OCT 17 AM 9: 45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

Mushrik KAISEY, Plaintiff

**vs**

Michael Chertoff, Secretary; Emilio
Gonzalez, Director; Paul Pierre,
District Director; Christina Poulos,
Service Center Director; Peter D.
Keisler, Acting Attorney General;
Robert S. Mueller, III, FBI Director;

Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No.

'07 CV    2006 DMS    (BLM)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Jan Joseph Bejar, Esq.
Jan Joseph Bejar, A Professional Law Corporation
2727 Camino del Rio South, Suite 110
San Diego CA 92018

An answer to the complaint which is herewith served upon you, within _____60_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 17 2007

| W. Samuel Hamrick, Jr. | |
|---|---|
| CLERK | DATE |
| P. DELACRUZ | |
| By                    , Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)