1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  California State Bar No. 232868
   880 Front Street, Room 6293
4  San Diego, California 92101-8893
   Email: Raven.Norris@usdoj.gov
5  Telephone: (619) 557-7157

6  Attorneys for the Defendants

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 MUSHRIK KAISEY,                ) Case No. 07 cv 2006 DMS (BLM)
                                  )
11              Plaintiff,        ) NOTICE OF APPEARANCE
                                  )
12       v.                       )
                                  )
13 MICHAEL CHERTOFF, Secretary,)
   Department of Homeland Security; et al.,)
14                                )
                                  )
15              Defendants.       )
   _____)

16

17 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18     I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19     I certify that I am admitted to practice in this court or authorized to practice under CivLR

20 83.3.c.3-4.

21     The following government attorneys (who are admitted to practice in this court or authorized to

22 practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

23 for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this

24 case:

25     Name (If none, enter "None" below)

26        None

27     Effective this date, the following attorneys are no longer associated with this case and should

28 not receive any further Notices of Electronic Filings relating to activity in this case:

1 | <u>Name</u> (If none, enter "None" below)

2 |     None

3 | Please call me if you have any questions about this notice.

4 |

5 | Dated:   December 12, 2007                     Respectfully submitted,

6 |                                                KAREN P. HEWITT
  |                                                United States Attorney

7 |

8 |                                                s/ Raven M. Norris
  |                                                RAVEN M. NORRIS
  |                                                Assistant U.S. Attorney
9 |                                                Attorneys for Defendants

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSHRIK KAISEY, | Case No. 07cv 2006-DMS (BLM) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al., | |
| Defendants. | |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Jan Joseph Bejar, Esq.**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2007

                                                  s/ Raven M. Norris
                                                  RAVEN M. NORRIS