1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  California State Bar No. 232868
   880 Front Street, Room 6293
4  San Diego, California 92101-8893
   Email: Raven.Norris@usdoj.gov
5  Telephone: (619) 557-7157
   Facsimile: (619) 557-5004
6
   Attorneys for the Defendants
7

8  JAN JOSEPH BEJAR, Esq
   California State Bar No. 110192
9  Law Offices of Jan Joseph Bejar
   2727 Camino del Rio South, Suite 110
10 San Diego, California 92108

11 Attorneys for Plaintiff

12
                    UNITED STATES DISTRICT COURT
13
                    SOUTHERN DISTRICT OF CALIFORNIA
14
   MUSHRIK KAISEY,                ) Case No. 07cv 2006-DMS(BLM)
15                                )
              Plaintiff,          )
16                                )
         v.                       ) JOINT MOTION TO REMAND APPLICATION
17                                ) OF PLAINTIFF TO AGENCY
   MICHAEL CHERTOFF, Secretary of the)
18 Department Of Homeland Security, et al., )
                                  )
19            Defendants.         )
   _____)
20

21      Whereas the undersigned attorney for Defendants has informed Plaintiff's attorney that U.S.

22 Citizenship and Immigration Services ("CIS") has completed its investigation and is prepared to

23 adjudicate the naturalization application of Plaintiff MUSHRIK KAISEY, the application of said Plaintiff

24 may be remanded to CIS for adjudication. In the event of a denial of, or failure to adjudicate, the

25 application, Defendants do not object to Plaintiff being granted sixty days leave to amend his Complaint.

26 ///

27 ///

28 ///

| | | |
|---|---|---|
| 1 | Dated: December 12, 2007 | Respectfully submitted, |
| 2 | | |
| 3 | | KAREN P. HEWITT<br>United States Attorney |
| 4 | | s/ Raven M. Norris<br>RAVEN M. NORRIS |
| 5 | | Assistant U.S. Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | Dated: December 12, 2007 | s/ Jan Joseph Bejar<br>JAN JOSEPH BEJAR |
| 8 | | Attorneys for Plaintiff |

10  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
11 of the United States District Court for the Southern District of California, I certify that the content of this
12 document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Jan Joseph
13 Bejar to affix his electronic signature to this document.

15  DATED: December 12, 2007          KAREN P. HEWITT
                                       United States Attorney

                                       s/Raven M. Norris
17                                     Assistant U. S. Attorney
                                       Attorney for Defendants