UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSHRIK KAISEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; et al,<br><br>　　　　　　Defendants. | Case No. 07cv 2006-DMS(BLM)<br><br>ORDER GRANTING JOINT MOTION TO REMAND APPLICATION OF PLAINTIFF |

Having considered the parties' Joint Motion to Remand Application of Plaintiff and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that the application of said Plaintiff be remanded to Defendant U.S. Citizenship and Immigration Services ("CIS") for adjudication.

The Clerk shall close this civil action. The Court further GRANTS Plaintiff sixty days leave to amend his complaint upon Defendant's failure to adjudicate the application. In the event that Plaintiff files an Amended Complaint, the Clerk shall reopen the civil case.

**It is so ordered.**

DATED: December 17, 2007

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　United States District Judge