# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

December 17, 2007

Jan Joseph Bejar
2727 Camino del Rio South, Suite 110
San Diego, CA 92108

Re: Kaisey v Chertoff et al, Case No. 07CV2006-DMS-BLM

Dear Mushrik Kaisey:

Pursuant to Order transferring the above-entitled action to U.S. Citizenship and Immigration Services ("CIS") for ajudication.

Enclosed is a copy of the Order transferring the action, the originals of which we are retaining.


Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By:  s/ L Odierno